# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| SALVADOR VILLEGAS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 1:20-cv-58-AGF |
| NICK BECKER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. On August 26, 2020, mail that this Court sent to self-represented plaintiff Salvador Villegas, Jr. was returned without a forwarding address, and plaintiff has not notified the Court of any change in his address. According to the Local Rules of this Court, a self-represented party is required to promptly notify the Clerk of any change in his address or telephone number. E.D.Mo. L.R. 2.06(B). "If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

In this case, more than thirty days have passed since the mail was returned, and plaintiff has not notified the Court of a change of address. The Court will therefore dismiss this action without prejudice, pursuant to Local Rule 2.06(B). This dismissal will not count as a "strike" for purposes of 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 9) is **DENIED** as moot.

Dated this 6th day of October 2020.

                                              AUDREY G. FLEISSIG
                                              UNITED STATES DISTRICT JUDGE